Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:17-mj-0014-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| BRIAN EDWARD MORGAN, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Brian Edward MORGAN has failed provide proof of completion of the First Time Offender Program through the California Department of Motor Vehicles.

As the legal officer, I am aware that MORGAN, was charged with operating a motor vehicle with a BAC greater than .08%, in violation of Title 36 Code of Federal

1

1 Regulations § 4.23(a)(2); failure to comply with traffic control device in violation of Title
2 36 Code of Federal Regulations § 4.12; possession of marijuana in violation of Title 36
3 Code of Federal Regulations § 2.35(b)(2); and operating a vehicle without an operational
4 stoplamp in violation of Title 36 Code of Federal Regulations § 4.2(b), California Vehicle
5 Code §24603(e) . On February 28, 2017, MORGAN plead guilty to the charge of
6 operating a motor vehicle with a BAC greater than .08%. MORGAN was sentenced to
7 12 months of unsupervised probation with the conditions he pay a $1200 fine at a rate of
8 $120 per month, complete the DMV first time offender program, obey all laws, and report
9 all new violations of the law to the Court.

The government alleges MORGAN has violated the following condition(s) of his unsupervised probation:

**CHARGE ONE**: FAILURE TO COMPLETE FIRST TIME OFFENDER PROGRAM
MORGAN ~~SPENSER~~ was ordered to complete the First Time DUI Offender Program through the California Department of Motor Vehicles. To date MORGAN ~~SPENSER~~ has not submitted proof of enrolling in or completing the program.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

1/18/18
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

1/18/18
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California