Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389           `
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN EDWARD MORGAN,<br><br>Defendant. | DOCKET NO. 6:17-mj-0014-MJS<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Brian Edward Morgan, was charged with Operating a motor vehicle with a BAC greater than 0.08% in violation of Title 36 Code of Federal Regulations § 4.23(a)(2); Possession of a controlled substance (marijuana,) in violation of Title 36 Code of Federal Regulations § 2.35(b)(2); Operate a vehicle without a stop lamp in violation of Title 36 Code of Federal Regulations § 4.2(b), and failure to comply with a traffic control device in violation of Title 36 Code of Federal Regulations §4.12.

On February 28, 2017 MORGAN pled guilty to the charge of operating a motor vehicle with a BAC greater than 0.08%. MORGAN was sentenced to 12 months of unsupervised probation with the conditions he pay a $1200 fine at the rate of $120 per month, complete the DMV first time offender program, obey all laws, report all new law violations to the Court.

On January 18, 2187 the Government filed a Notice of Probation Violation alleging MORGAN had failed to complete the DMV first time offender program.  The Government has subsequently been provided proof of completion of the DMV course.  The Government herewith withdraws its Allegation of Probation Violation in this matter.  As the conditions of probation have been met, the Government requests the review hearing in this matter set for February 6, 2018 be vacated.

Dated: January 31, 2018                     By:  /s/ Susan St. Vincent
                                                              Susan St. Vincent
                                                              Legal Officer
                                                              Yosemite National Park, CA


**ORDER**


Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED the Statement of Alleged Probation Violation(s) in *U.S. v. Morgan 6:17-mj-0014-MJS*, filed on January 18, 2018 is retracted.  The review hearing scheduled for February 6, 2018 is vacated.

IT IS SO ORDERED.


Dated:   February 1, 2018                   /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

2